David Ray EVANS, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction; Grant Harris, Warden, Pine Bluff Work Complex, ADC; Maggie Capel, Assistant Warden, Pine Bluff Work Complex, Arkansas Department of Correction; sued as Maggie Copel; Willie Straughn, Major, Pine Bluff Work Complex, ADC; Mike Huckabee, Governor of Arkansas; K.A. Ashcroft, Security Officer, Pine Bluff Work Complex, ADC; Mark Pryor; Chris Ashcroft, Employee, Central Maintenance Shop, Appellees.

No. 02–2810.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 16, 2002.

Decided Nov. 1, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate David Ray Evans appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 lawsuit without prejudice. Having carefully reviewed the record, we conclude dismissal

---

1. The Honorable William R. Wilson, Jr., United States District Court for the Eastern District of Arkansas.

was proper because Mr. Evans failed to exhaust available prison grievance remedies as to all of his claims. *See Graves v. Norris,* 218 F.3d 884, 885 (8th Cir.2000) (per curiam). While he exhausted a general claim related to tobacco and second-hand-smoke exposure in the prison, he did not pursue the grievance procedure as to more specific claims asserted in the complaint against some of the defendants. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47A(a).